UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————————x

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, on its own behalf and as subrogee of MARS 2112 WOODFIELD CORP., | CV04 360<br><br>JUDGE TRAGER<br>JUDGE CHREIN |
| Plaintiff, | |
| -against- | |
| PEPSI-COLA BOTTLING COMPANY OF NEW YORK, INC., and DUANE READE, INC. | **ANSWER TO CROSS-CLAIM** |
| Defendants. | |

————————————————————————x

The defendant, **PEPSI-COLA BOTTLING COMPANY OF NEW YORK, INC.,** by its attorneys, The Law Offices of Christopher P. DiGiulio, P.C., as and for its answer to the cross-claim of the defendant, Duane Reade, Inc., respectfully alleges and shows this Court, upon information and belief, as follows:

FIRST:   The answering defendant denies the allegations of the cross-claim contained within the Answer of defendant, Duane Reade, Inc., as set forth in paragraphs: 13, 14 and 15.

SECOND:   The answering defendant denies knowledge or information sufficient to form a belief as to those allegations of the cross-claim contained with the Answer of defendant, Duane Reade, Inc., as set forth in paragraph: 16.

**WHEREFORE**, defendant, PEPSI-COLA BOTTLING COMPANY OF NEW YORK, INC., demands judgment dismissing the cross-claim of defendant, Duane Reade, Inc., with the costs and disbursements of this action.

Dated:	New York, New York
	June 7, 2004

				THE LAW OFFICES OF
				CHRISTOPHER P. DI GIULIO, P.C.


				by: _____
					Wendy E. Blythe (0225)

				Attorneys for Defendant,
				PEPSI-COLA BOTTLING COMPANY
				OF NEW YORK, INC.
				99 Wall Street, 13th Floor
				New York, New York 10005
				Tel. No. (212) 514-7800


To:

BRUCE SOMERSTEIN & ASSOCIATES, P.C.
Attorneys for Plaintiff
Seven Penn Plaza, Suite 420
New York, New York 10001
Tel. No. (212) 268-1188
File No.: SPBASB 03068

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
Attorneys for Defendant,
Duane Reade, Inc.
530 Saw Mill River Road
Elmsford, New York 10523
Tel. No. (914) 345-3701